## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3725 | **DATE** | 8/20/2008 |
| **CASE TITLE** | John J. Davit vs. Stogsdill, et al. | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently filed pro se complaint, said complaint is dismissed for failure to state a valid cause of action. Plaintiff's current complaint is barred by Heck v. Humphrey and principles of official and qualified immunity. Out of an abundance of caution, said dismissal shall be without prejudice. Plaintiff's application to proceed in forma pauperis [3] and motion for appointment of counsel [4] are granted. Steven T. Catlett, of Paul, Hastings, Janofsky & Walker, LLP, 191 N. Wacker Drive, 30th Floor, Chicago, IL 60606, (312) 499-6000 is hereby appointed to represent the plaintiff. Plaintiff's appointed counsel is directed to investigate this matter to determine whether any valid and timely amended federal complaint can be appropriately filed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|